IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 NOV 17 PM 4: 02
MARGARET BOTKINS, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL KUBICA, <br><br> Defendant. | No. 22-CR-143-ABJ <br><br> 18 U.S.C. § 2421(a) <br> (Transportation in Interstate Commerce for Purpose of Prostitution) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about April 1, 2021, through and including on or about April 12, 2021, in the District of Wyoming, the Defendant, **DANIEL KUBICA**, knowingly transported M.S. in interstate commerce with the intent that M.S. engage in prostitution as defined by Wyo. Stat. § 6-4-101.

In violation of 18 U.S.C. § 2421(a).

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

---

## PENALTY SUMMARY

---

| | |
|---|---|
| **DEFENDANT NAME:** | DANIEL KUBICA |
| **DATE:** | November 15, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 2421(a)** (Transportation in Interstate Commerce for Purpose of Prostitution) |
| | Up to 10 Years Of Imprisonment $250,000 Fine 3 Years Supervised Release $100 Special Assessment |
| **AGENT:** | Jake B. Reiber, CPD |
| **AUSA:** | Christyne M. Martens, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. The Court should not grant bond as the Defendant is not bondable. |

1