AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-CR-143-ABJ |
| DANIEL KUBICA | ) | |
| Defendant | ) | |

*Received U.S. Marshals Service, Cheyenne, WY — 2022 NOV 18 P 6: 31*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DANIEL KUBICA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: 18 U.S.C. § 2421(a) (Transportation in Interstate Commerce for Purpose of Prostitution)

Date: 11/17/2022

*Issuing officer's signature*

City and state: Casper, Wyoming

Scott W. Skavdahl, Chief United States District Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*