IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00173-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL KUBICA,

    Defendant.

---

## NOTICE OF APPEARANCE

---

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Josh Lilley
JOSH LILLEY
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Josh_lilley@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Lee Surratt, Assistant United States Attorney
    E-mail: Andrea.Surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Daniel Kubica      (via U.S. mail)

                                                                s/Josh Lilley
                                                                JOSH LILLEY
                                                                Assistant Federal Public Defender
                                                                633 17th Street, Suite 1000
                                                                Denver, CO  80202
                                                                Telephone:  (303) 294-7002
                                                                FAX:  (303) 294-1192
                                                                Josh_lilley@fd.org
                                                                Attorney for Defendant